IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMMITT WILLIS, | : |
| Plaintiff, | : No. 2:21-cv-221-JFC |
| v. | : |
| JUSTIN MONTANI | : **JURY TRIAL DEMANDED** |
| Defendant. | : |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A), Plaintiff, Emmitt Willis, and Defendant, Justin Montani, hereby stipulate to the dismissal with prejudice of this action. Each party shall bear its own costs and attorney fees.

Respectfully submitted,

O'BRIEN, COLEMAN & WRIGHT LLC

*/s/ Alec B. Wright*
Alec B. Wright, Esquire
PA ID 316657
116 Boulevard of the Allies
Pittsburgh, PA  15222
(412) 232-4400
Email: awright@ocwjustice.com
*Attorney for Plaintiff, Emmitt Willis*

Dated: March 08, 2024

Respectfully submitted,

ROBB LEONARD MULVIHILL LLP

*/s/ Bruce E. Rende*
Bruce E. Rende, Esquire
Pa ID #52714
500 Grant Street, Suite 2300
Pittsburgh, PA 15219
P: (412) 281-5431
Email: brende@rlmlawfirm.com
*Attorney for Defendant, Justin Montani*

SO ORDERED, this 11th day of March, 2024.

s/Joy Flowers Conti
Hon. Joy Flowers Conti,
Senior U.S. District Judge

{R1536192.1 }